**Michael L. JONES, Plaintiff— Appellant,**

v.

**Janice PHILLIPS, head of medical at South Carolina Department of Corrections; Medical Staff, at Manning Correctional Institution; Medical Staff, at Lee Correctional Institution, Defendants—Appellees.**

Nos. 04–7936, 04–7955.

United States Court of Appeals, Fourth Circuit.

Submitted March 25, 2005.

Decided April 12, 2005.

Michael L. Jones, Appellant pro se. Edgar Lloyd Willcox, II, Willcox, Buyck & Williams, PA, Florence, South Carolina, for Appellees.

Before WILKINSON, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael L. Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Phillips,* No. CA–03–3203–3 (D.S.C. Oct. 27, 2004). Jones' motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*